JAMES S. RAFFERTY, PLAINTIFF-APPELLANT, v. FRANK D. SCHATZMAN, COUNTY CLERK OF MIDDLESEX COUNTY; PETER BIRO, CHAIRMAN OF BOARD OF ELECTIONS OF MIDDLESEX COUNTY; AND FRANK D. SCHATZMAN, INDIVIDUALLY AND MIDDLESEX DEMOCRATIC COUNTY COMMITTEE, DEFENDANTS-RESPONDENTS.

Superior Court of New Jersey
Appellate Division

Argued October 28, 1963—Decided October 28, 1963.

Before Judges GOLDMANN, KILKENNY and COLLESTER.

*Mr. John J. Rafferty* argued the cause for appellant.

*Mr. Warren W. Wilentz* argued the cause for respondents Schatzman and Biro.

*Mr. John A. Lynch* appeared for respondent Middlesex Democratic County Committee.

PER CURIAM. The judgment of the Law Division is affirmed essentially for the reasons stated in the opinion filed by Judge HALPERN, 81 *N. J. Super.* 58 (*Law Div.* 1963). We consider the statute, *N. J. S. A.* 19:27–11, as completely controlling.